1  BRENDA H. ENTZMINGER
   Nevada Bar No. 9800
2  **PHILLIPS, SPALLAS & ANGSTADT LLC**
3  504 South Ninth Street
   Las Vegas, Nevada 89101
4  (702) 938-1510

5  *Attorneys for Defendant*
   *Wal-Mart Stores, Inc.*
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN BOOTH as Administrator of the Estate of Cindy Cooper-Booth<br><br>Plaintiff,<br><br>v.<br><br>WAL-MART STORES, INC., a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:13-cv-02028-JAD-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 13th day of March, 2015.    DATED this 1th day of April, 2015.

MILLINGTON & MONDRAGON PLLC    PHILLIPS, SPALLAS & ANGSTADT

_____    _____ #13594
Rachel N. Solow, Esq.                    Brenda H. Entzminger
6861 W. Charleston Blvd.,                504 South Ninth Street
Las Vegas, Nevada 89117                  Las Vegas, Nevada 89101
*Attorneys for Plaintiff*                *Attorneys for Defendant*
*Cindy Cooper-Booth*                     *Wal-Mart Stores, Inc.*

### ORDER

Based upon the parties' stipulation, IT IS HEREBY ORDERED that this action be be DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is instructed to close this case.

Dated: April 7, 2015.

_____
UNITED STATES DISTRICT JUDGE